[No. 41786-0-I.    Division One.    January 19, 1999.]

MARY CALABRESE, ET AL., *Appellants*, V. DANIEL TRUJILLO, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-29522-1, Marsha J. Pechman, J., entered October 17, 1997. *Reversed* by unpublished opinion per Agid, J., concurred in by Kennedy, C.J., and Ellington, J.

[No. 41789-4-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. ROGER DAVID WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03642-5, Bobbe J. Bridge, J., entered December 26, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41833-5-I.    Division One.    January 19, 1999.]

RANDOLPH M. ZIEGLER, ET AL., *Respondents*, V. ROAR L. DANIELSEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-07345-8, Philip G. Hubbard, Jr., J., entered November 21, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Ellington and Appelwick, JJ.

[No. 41849-1-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, V. VERLE K. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01486-1, James H. Allendoerfer, J., entered December 3, 1997. *Affirmed* by unpublished per curiam opinion.